**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RAFEL GENE MCDOUGAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-CV-449-GKF-JFJ |
| | ) |
| GEICO CASUALTY INSURANCE COMPANY (Government Employees Insurance Company), | ) ) ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to the court's order of September 25, 2017, the court remands this case to the District Court of Tulsa County.

IT IS SO ORDERED this 25th day of September, 2017.

_____
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT